**Order entered April 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00514-CV

### IN RE ROBERT PAYNE WATSON, Relator

### Original Proceeding from the 397th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. 062770

## ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. Although we have considered the petition for writ of mandamus without payment of the filing fee, we **DENY** as moot relator's motion to proceed in forma pauperis. We **ORDER** relator to bear the costs of this original proceeding.

/s/    MOLLY FRANCIS
        JUSTICE